Attorneys for Plaintiff(s), Rhonda Parker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 05-4933 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Rhonda Parker,<br>              Plaintiffs,<br>      vs.<br>Pfizer, Inc., et al.<br>              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Rhonda Parker, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7/7 , 2009        By: _____
                                  Michael A. London
                                  Douglas & London, P.C.
                                  111 John Street, Suite 1400
                                  New York, NY 10038
                                  Telephone: (212) 566-7500
                                  Facsimile: (212) 566-7501
                                  Attorneys for Plaintiff(s), Rhonda Parker

DATED: Oct. 21, 2009      By: _____
                                  DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
                                  New York, NY 10020
                                  Telephone: (212) 335-4500
                                  Facsimile: (212) 335-4501
                                  Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8, 20__        _____
                                  Hon. Charles R. Breyer
                                  United States District Court

-1-